UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ALBERT DEMETRIUS YOUNG, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:19-cv-02090-KOB-SGC |
| | ) |
| RASHAUN ROBINSON, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Albert Demetrius Young commenced this action under 42 U.S.C. § 1983 and *Bivens v. Six Unknown Named Agents*, 403 U.S. 388 (1971), alleging violations of his rights under the Constitution or laws of the United States. (Doc. 1). The magistrate judge entered a report on October 14, 2022, recommending dismissal without prejudice of Greg Reid and Richard Keith as defendants because the plaintiff failed to allege any facts associating Reid or Keith with a violation of his rights. (Doc. 38). The magistrate judge also recommended the parole revocation claim asserted by the plaintiff against the "Directive Board Member" of the State of Alabama Board of Pardons and Paroles, Dwayne Spurlock, Cliff Walker, Leigh Gwathney, Terry Cauthen, and Brian Robinson be dismissed without prejudice under 28 U.S.C. § 1915A(b) for failing to state a claim on which relief can be granted. (Doc. 38). Finally, the magistrate judge recommended the illegal arrest

claim asserted by the plaintiff against Rashaun Robinson, Gabriel Brooks, Alecia Jones, Sarafino Lovetto, Scott Prater, and "Lieutenant Hanks" be dismissed without prejudice under 28 U.S.C. § 1915A(b) for failing to state a claim on which relief can be granted but that the plaintiff's unlawful search claim against these defendants proceed. (Doc. 38). The magistrate judge advised the plaintiff of his right to file specific written objections within 14 days and granted the plaintiff an extension of time to file objections. Nonetheless, the court has not received any objections.

After careful consideration of the record in this case and the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation, the court **ORDERS** that defendants Reid and Keith, together with the plaintiff's parole revocation and illegal arrest claims, are **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915A(b). The court further **ORDERS** that the plaintiff's unlawful search claim is referred to the magistrate judge for further proceedings.

DONE and ORDERED this 5th day of December, 2022.

_____
**KARON OWEN BOWDRE**
UNITED STATES DISTRICT JUDGE